# THE LAW OFFICE OF CARLOS M. SANTIAGO, P.C.



11 Broadway, Suite 615, New York, NY 10004.        P: 212-256-8460 / F: 212-256-8461

December 12, 2019



**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> **Re:     United States v. Armando Beniquez**
> **18 Cr. 236 (KPF)**

Dear Judge Failla:

Defense counsel respectfully requests that Mr. Beniquez's bail conditions be modified to replace his home detention with a curfew.  In addition, counsel requests that the government return Mr. Beniquez's passport which was seized during his arrest.  This request is being submitted at Pretrial Service's suggestion and the government does not object.

Pretrial suggest that Mr. Beniquez's curfew be set from 8:00 p.m. until 8:00 a.m. daily, or in the alternative, at Pretrial's discretion.  The latter would avoid the need for requesting any extensions if circumstances change.

Regarding Mr. Beniquez's passport, Mr. Beniquez does not have legal photo identification except for his passport and it has been extremely difficult for Mr. Beniquez to get additional identification, like a non-driver's I.D.,  without his passport. Proper photo identification is necessary in order to obtain employment.  Having access to his passport will allow Mr. Beniquez to get his affairs in order prior to his voluntary surrender.

This is Mr. Beniquez first request for a modification of bond and all other bail conditions should remain the same.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Carlos M. Santiago, Jr.
Attorney for Mr. Beniquez

cc:    Margaret Shalley, co-counsel (via email)
       Ryan Finkel, AUSA (via email)
       Joshua Rothman, PTSO (via email)

Application GRANTED.

Dated:    December 12, 2019      SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE