**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

June 10, 2020

Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007



Re:   United States v. Kevin Robles
      18 CR 236 (KPF)

Dear Judge Failla,

    I write with the consent of the government (AUSA Ryan Finkel) to request an adjournment of the violation of supervision hearing currently scheduled for June 23, 2020.

    Mr. Robles has been ordered to participate in in-patient mental health and drug treatment. A bed was located for him at Samaritan Village, but because of the COVID-19 pandemic, the program stopped allowing new participant inside the facility. The out-patient program has just began taking new patients and Mr. Robles was able to start that problem this week. He will transition to the in-patient program when feasible.

    Accordingly, I request the adjournment so that we have an opportunity to receive a meaningful update from both the program and probation about Mr. Robles' progress.

    Thank you for your consideration of this request.

                                       Respectfully submitted,
                                       /s/
                                       Jennifer E. Willis
                                       Assistant Federal Defender
                                       (212) 417-8743

Cc:   AUSA Ryan Finkel

Application GRANTED.  The preliminary revocation of supervised release hearing currently scheduled for June 18, 2020, is hereby ADJOURNED to August 6, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:    June 11, 2020               SO ORDERED.
          New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE