UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -v.-<br><br>KEVIN ROBLES,<br><br>                        Defendant. | 18 Cr. 236 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

The conference currently scheduled for November 10, 2020 is hereby ADJOURNED to November 30, 2020, at 10:00 a.m.  The date and time will be confirmed the week before the conference, and instructions for accessing the conference will be provided separately.

        SO ORDERED.

Dated:   November 9, 2020
         New York, New York

*[signature: Katherine Polk Failla]*

                                KATHERINE POLK FAILLA
                                United States District Judge