**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

March 5, 2021

Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Kevin Robles
    18 Cr 236 (KPF)

Dear Judge Failla,

I write with the consent of the government (AUSA Ryan Finkel) to request an adjournment of violation of supervised release hearing currently scheduled for March 9, 2021 at 11:00am. The pending violation against Mr. Robles is based, in large part, on a pending criminal charge in state court. I request that the hearing be adjourned so that the state charge can be resolved prior to the resolution of the violation. The next scheduled conference in the state criminal matter is in May. I request a date after that conference.

Thank you for your consideration of this request.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743 / (917) 572-5792

Cc: AUSA Ryan Finkel

Application GRANTED. The conference scheduled for March 9, 2021, is hereby ADJOURNED to June 11, 2021, at 3:00 p.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  March 5, 2021
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE