**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 9, 2021

*By ECF*

Honorable Kathrine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re:** *United States v. Kevin Robles*
**18 Cr 236 (KPF)**

Dear Judge Failla:

    I write on consent (Assistant United States Attorney Ryan Finkel) to respectfully request that the Court adjourn the violation of supervised release conference currently scheduled for June 11, 2021. The reason for the request is to allow the parties to obtain an update on the status of Mr. Robles' pending state matter, as well as to allow for discussions about a potential resolution to the violation.

    Thank you for your consideration of this request.

Very Truly Yours,

/s/
Jennifer Willis
Assistant Federal Defender
(212) 417-8743

Cc: Ryan Finkel (via email)

Application GRANTED. The conference scheduled for June 11, 2021, is hereby ADJOURNED to July 9, 2021, at 11:00 a.m. The parties shall notify the Court on or by June 25, 2021 whether the request an in-person or remote proceeding.

Dated:      June 10, 2021                SO ORDERED.
            New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE