**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 2, 2021

*By ECF*

Honorable Kathrine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re: *United States v. Kevin Robles*
    18 Cr 236 (KPF)

Dear Judge Failla:

    I write on consent (Assistant United States Attorney Ryan Finkel) to respectfully request that the Court adjourn the violation of supervised release conference currently scheduled for July 9, 2021. The principle basis for the violation is a new criminal case, which is still pending in New York State Court. The next court date for that case is July 8, 2021, but I understand that the case will not be resolved on that date. I request a 45 day adjournment, so that the parties can get a more substantive update on the state case.

    Thank you for your consideration of this request.

Very Truly Yours,

/s/
Jennifer Willis
Assistant Federal Defender
(212) 417-8743

Cc: Ryan Finkel (via email)

Application GRANTED. The conference scheduled for July 9, 2021, is hereby ADJOURNED to August 24, 2021, at 2:00 p.m. On or by August 10, 2021, the parties shall inform the Court whether they intend to proceed with a remote proceeding or an in-person proceeding.

Dated:   July 2, 2021          SO ORDERED.
         New York, New York

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE