UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                  -v.-<br><br>KEVIN ROBLES,<br><br>                  Defendant. | 18 Cr. 236 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The Court was recently informed that Mr. Robles's next state court date is set for January 6, 2022. To accommodate these state proceedings, Mr. Robles has requested that a hearing on his violation of supervised release be held in abeyance until sometime after that date. The Government has apprised the Court of its consent to this request.

      Accordingly, the Court will refrain from scheduling a hearing on Mr. Robles's violation of supervised release at this time. Defense counsel is hereby ORDERED to file a further status letter regarding Mr. Robles's state criminal case on or before January 13, 2022.

      SO ORDERED.

Dated:  November 9, 2021
           New York, New York

                                                              KATHERINE POLK FAILLA
                                                              United States District Judge