UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>KEVIN ROBLES,<br><br>Defendant. | 18 Cr. 236 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The supervised release hearing currently scheduled in this matter for March 9, 2022, is hereby ADJOURNED to **April 20, 2022, at 10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   March 1, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge